WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 MAY 06 15:27 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CAROLE PAGE,**                       CV # 06-968-MA

    Plaintiff,

vs.                                    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

        Attorney fees in the amount of $11,000.00 and expenses in the amount of $48.25 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $805.00 are awarded pursuant to 28 U.S.C. § 1920.

        DATED this _6_ day of _May_, 2009.

                                                                /s/ Malcolm F. Marsh
                                                                 United States District Judge

Submitted on April 21, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1