WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 OCT 28 14:09 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CAROLE PAGE,** | CV # 06-968-MA |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $17,558.85 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $11,000.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The law requires an attorney to offset from the gross § 406(b) fee award any EAJA fee received for the same hours of work. Thus, in addition to the amount he has collected under the EAJA, Plaintiff's attorney may charge and collect an additional net § 406(b) fee in the amount of $6,558.85.

DATED this 28 day of October, 2009.

Malcolm F. March
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1